UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMANDA PERDUE on her own behalf and on behalf of a class of those similarly situated, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:09-cv-00842-TWP-MJD |
| THE INDIVIDUAL MEMBERS OF THE INDIANA STATE BOARD OF LAW EXAMINERS in their official capacities, | ) ) ) ) ) | |
| Defendant. | ) | |

**Entry on Pending Motion**

This lawsuit began in 2009 when Plaintiff Amanda Perdue sued the Indiana State Board of Law Examiners contending that they were violating the Americans with Disabilities Act ("ADA") by requiring applicants to the Indiana bar to answer questions about their mental health history. The ACLU of Indiana – Indiana University School of Law – Indianapolis Chapter later joined the lawsuit as a plaintiff. Counsel of the ACLU of Indiana represented both Plaintiffs. This Court granted Plaintiffs' motion to certify a class. On October 6, 2011, this Court entered a Judgment that enjoined the Indiana State Board of Law Examiners from using certain questions on the Indiana bar examination.

The motion presently before the Court was filed by non-party Andrew Straw. He is an attorney who has been disciplined by the Indiana Supreme Court and this Court. He seeks, among other things, "the Indiana discipline to be obliterated." ([Filing No. 235 at 6](Filing No. 235 at 6).) This case is not the proper vehicle for Mr. Straw to seek reinstatement of his law license. Indeed, Mr. Straw has brought suit against the Indiana Supreme Court and challenged his attorney discipline in several cases in this Court. There is no basis to litigate these issue here, not least because—even if Mr.

Straw is a member of the class certified by the Court, which he is not—only class counsel may seek relief for the class because individual class members "lack standing to individually litigate matters relating to the class action." *McNeil v. Guthrie*, 945 F.2d 1163, 1166 (10th Cir. 1991).

For these reasons, Mr. Straw's post-judgment motion is **denied**.  (Filing No. 235.)

**IT IS SO ORDERED.**

Date: 1/9/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Darren Andrew Craig
FROST BROWN TODD LLC
dcraig@fbtlaw.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Anthony W. Overholt
FROST BROWN TODD LLC (Indianapolis)
aoverholt@fbtlaw.com

Andrew U.D. Sraw
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173